PAUL J. FISHMAN
United States Attorney
By: J. ANDREW RUYMANN
Assistant U.S. Attorney
402 East State Street, Room 430
Trenton, New Jersey 08608
(609) 989-2190
Attorney for Defendant/Cross Defendant
United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK OLIVER, as the Administrator Ad Prosequendum of the Estate of RANDRINA OLIVER, Deceased, and MARK OLIVER, Individually, | : <br> : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : Hon. Mary L. Cooper |
| v. | : Civ. Action No. 13-2267(MLC) |
| ETHAN TARASOV, RADIOLOGY AFFILIATES IMAGING, UNITED STATES OF AMERICA, JOHN/JANE DOE PHYSICIANS #1-10 and JOHN/JANE DOE HEALTH CARE PROVIDERS #1-10, | : <br> : <br> : Document Electronically Filed <br> : <br> : <br> : |
| Defendants. | : |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A), of the Federal Rules of Civil Procedure, it is hereby stipulated that the above entitled action, including plaintiffs' Complaint, filed April 10, 2013, and the Cross Claims, filed July 22, 2013, of defendants/cross claimants Ethan Tarasov, M.D., and Radiology Affiliates Imaging,

be discontinued and dismissed without prejudice, with each party bearing its own fees, costs and expenses. This Stipulation of Dismissal shall not be construed as waiving any claims or defenses available to the parties or barring the refiling of plaintiffs' claims.

_____
MARIJO CAMILLE ADIMEY, ESQ.
SIMONSON HESS LEIBOWITZ &
GOODMAN, P.C.
Attorney for Plaintiffs Mark Oliver
as the Administrator Ad Prosequendum
of the Estate of Randrina Oliver, Deceased,
and Mark Oliver, Individually

Dated: 8/1/13

_____
JOHN P. SHUSTED, ESQ.
GERMAN, GALLAGHER & MURTAGH
Attorney for Defendants/Cross Claimants
Ethan Tarasov, M.D., and Radiology Affiliates
Imaging

Dated: 8/2/13

_____
PAUL J. FISHMAN
United States Attorney
By: J. ANDREW RUYMANN
Assistant U.S. Attorney
Attorney for Defendant/Cross Defendant
United States of America

Dated: 8/2/13